# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

No. 24-7127            September Term, 2024

1:22-cv-01878-RDM

**Filed On:** October 25, 2024

Gregory T. Angelo, et al.,

    Appellants

    v.

District of Columbia, et al.,

    Appellees

    **BEFORE:**   Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins*, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellants' petition for initial hearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

        BY:   /s/
              Daniel J. Reidy
              Deputy Clerk

---

* Circuit Judge Wilkins did not participate in this matter.