United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 24-7127　　　　　　　　　　　　September Term, 2024

1:22-cv-01878-RDM

Filed On: December 26, 2024

Gregory T. Angelo, et al.,

    Appellants

v.

District of Columbia, et al.,

    Appellees

    **BEFORE:**    Katsas, Childs, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance and the opposition thereto, it is

**ORDERED** that the motion for summary affirmance be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.

**Per Curiam**