No. 24-7127

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

GREGORY T. ANGELO, *et al.*,
APPELLANTS,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLEES.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**JOINT CONSENT MOTION OF APPELLEES FOR 45-DAY EXTENSION
OF TIME TO FILE THEIR RESPONSE BRIEF**

The response brief of appellees the District of Columbia, Pamela A. Smith,

Brian L. Schwalb, and Michael Anzallo is currently due on March 12, 2025.

Appellees respectfully request a 45-day extension of time, until April 28, within which

to file that brief. Appellants consent to this relief.

There is good cause for the requested relief. The Office of the Solicitor

General continues to have a heavy workload, and the undersigned is engaged in the

press of other matters, including a cross-appeal reply brief and oral argument in *Hall

v. D.C. Board of Elections*, Nos. 24-7050 & 24-7065 (D.C. Cir.) (brief due

February 19 and argument March 14); a supplemental brief in *Armstead v. District of Columbia*, No. 23-CT-2 (D.C.) (due March 3); and an intervenor-appellee response brief in *Carruth v. United States*, No. 23-CF-387 (D.C.) (currently due March 31). Additional time is thus necessary for the completion of the appellees' response brief in this case.

Accordingly, this Court should grant the appellees' request for a 45-day extension of time, until April 28, 2025, to submit their response brief.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

THAIS-LYN TRAYER
Deputy Solicitor General

| | |
|---|---|
| /s/ Janice L. Cole | /s/ Bryan J. Leitch |
| JANICE L. COLE | BRYAN J. LEITCH |
| Senior Counsel II | Assistant Attorney General |
| D.C. Bar Number 54489 | D.C. Bar Number 1016484 |
| Legal & Compliance, WMATA | Office of the Solicitor General |
| PO Box 23768 | |
| Washington, DC 20026-3768 | Office of the Attorney General |
| (202) 962-2543 | 400 6th Street, NW, Suite 8100 |
| jlcole@wmata.com | Washington, D.C. 20001 |
| *Counsel for Appellee* | (202) 724-6524 (office) |
| *Michael Anzallo* | (202) 741-0649 (fax) |
| | bryan.leitch@dc.gov |
| | *Counsel for Appellees District of Columbia, Pamela A. Smith, and Brian L. Schwalb* |

February 2025

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 180 words, excluding exempted parts. This motion complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Bryan J. Leitch
BRYAN J. LEITCH