# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-7127**  **September Term, 2024**

1:22-cv-01878-RDM

Filed On: April 14, 2025 [2110946]

Gregory T. Angelo, et al.,

    Appellants

  v.

District of Columbia, et al.,

    Appellees

## O R D E R

Upon consideration of appellees' joint consent motion for a 21-day extension of time to file their response brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | May 19, 2025 |
| Appellants' Reply Brief | June 9, 2025 |

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk