# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-7127** | **September Term, 2024** |
| | **1:22-cv-01878-RDM** |
| | **Filed On: May 15, 2025** [2116075] |

Gregory T. Angelo, et al.,

    Appellants

  v.

District of Columbia, et al.,

    Appellees

## O R D E R

Upon consideration of the joint consent motion of appellees for a 4-day extension of time to file their brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | May 23, 2025 |
| Appellants' Reply Brief | June 13, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk