# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-7127** | **September Term, 2024** |
| | 1:22-cv-01878-RDM |
| | Filed On: June 4, 2025 [2119017] |

Gregory T. Angelo, et al.,

    Appellants

    v.

District of Columbia, et al.,

    Appellees

## O R D E R

Upon consideration of appellants' consent motion for a thirty-one day extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. Appellants' reply brief is now due July 14, 2025.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                    BY: /s/
                              Michael C. McGrail
                              Deputy Clerk