No. 24-7127

# In the United States Court of Appeals for the District of Columbia Circuit

GREGORY T. ANGELO, ET AL.,

*Plaintiffs-Appellants*,

v.

DISTRICT OF COLUMBIA, ET AL.,

*Defendants-Appellees*,

**PLAINTIFFS-APPELLANTS' NOTICE OF**

**WITHDRAWAL OF COUNSEL**

On Appeal from the United States District Court
for the District of Columbia (No. 1:22-cv-01878-RDM)

| | |
|---|---|
| George L. Lyon, Jr. | Daniel Bruce |
| BERGSTROM ATTORNEYS | HOLTZMAN VOGEL BARAN |
| 1929 Biltmore Street, NW | TORCHINSKY & JOSEFIAK, PLLC |
| Washington, DC 20009 | 15405 JOHN MARSHALL HWY |
| *gll@bergstromattorneys.com* | Haymarket, VA 20169 |
| 202-669-0442 (phone) | *dbruce@holtzmanvogel.com* |
| 202-483-9267 (facsimile) | (540) 341-8808 (phone) |
| | (540) 341-8809 (facsimile) |

*Counsel for Plaintiffs-Appellants*

Daniel Bruce hereby withdraws his appearance as counsel for Plaintiffs-Appellants. Attorneys Edward Wenger and George L. Lyon, Jr. will continue to serve as counsel of record for the Plaintiffs-Appellants.

| | |
|---|---|
| Dated: July 25, 2025 | Respectfully submitted, |
| | */s/* Daniel Bruce |
| George L. Lyon | Daniel Bruce |
| BERGSTROM ATTORNEYS | HOLTZMAN VOGEL BARAN |
| 1929 Biltmore Street, NW | TORCHINSKY & JOSEFIAK PLLC |
| Washington, DC 20009 | *15405 John Marshall Hwy* |
| (202) 669-0442 (phone) | *Haymarket, VA 20169* |
| (202) 483-9267 (facsimile) | (540) 341-8808 (phone) |
| *gll@bergstromattorneys.com* | (540) 341-8809 (facsimile) |
| | *dbruce@holtzmanvogel.com* |

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 25th day of July, 2025, a true copy was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send by email a notice of docketing activity to the registered Attorney Filer on the attached electronic service list.

*/s/ Daniel Bruce*
DANIEL BRUCE