No. 24-7127

# In the United States Court of Appeals for the District of Columbia Circuit

GREGORY T. ANGELO, ET AL.,

*Plaintiffs-Appellants*,

v.

DISTRICT OF COLUMBIA, ET AL.,

*Defendants-Appellees*,

**PLAINTIFFS-APPELLANTS' NOTICE OF**

**WITHDRAWAL OF COUNSEL**

On Appeal from the United States District Court
for the District of Columbia (No. 1:22-cv-01878-RDM)

| | |
|---|---|
| George L. Lyon, Jr. | Edward M. Wenger |
| BERGSTROM ATTORNEYS | HOLTZMAN VOGEL BARAN |
| 1929 Biltmore Street, NW | TORCHINSKY & JOSEFIAK, PLLC |
| Washington, DC 20009 | 2300 N Street NW, Suite 643 |
| *gll@bergstromattorneys.com* | Washington, DC 20037 |
| 202-669-0442 (phone) | *emwenger@holtzmanvogel.com* |
| 202-483-9267 (facsimile) | (202) 737-8808 (phone) |
| | (540) 341-8809 (facsimile) |

*Counsel for Plaintiffs-Appellants*

Edward M. Wenger hereby withdraws his appearance as counsel for Plaintiffs-Appellants. Mr. Wenger is no longer employed at Holtzman Vogel Baran Torchinsky & Josefiak PLLC. Attorneys Daniel Bruce and George L. Lyon, Jr. will continue to serve as counsel of record for the Plaintiffs-Appellants.

Dated: August 18, 2025

Respectfully submitted,

*/s/ George L. Lyon, Jr.*
George L. Lyon
BERGSTROM ATTORNEYS
1929 Biltmore Street, NW
Washington, DC 20009
(202) 669-0442 (phone)
(202) 483-9267 (facsimile)
*gll@bergstromattorneys.com*

*/s/ Edward M. Wenger*
Edward M. Wenger
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
(202) 737-8808 (phone)
(540) 341-8809 (facsimile)
*emwenger@holtzmanvogel.com*

Daniel Bruce
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
*15405 John Marshall Hwy*
*Haymarket, VA 20169*
(540) 341-8808 (phone)
(540) 341-8809 (facsimile)
*dbruce@holtzmanvogel.com*

*Counsel for Plaintiffs-Appellants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 18th day of August, 2025, a true copy of the Notice of Withdrawal of Counsel was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send by email a notice of docketing activity to the registered Attorney Filer on the attached electronic service list.

*/s/ Edward M. Wenger*
EDWARD M. WENGER
