# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

No. 24-7127                                      September Term, 2025

1:22-cv-01878-RDM

Filed On: September 22, 2025 [2136298]

Gregory T. Angelo, et al.,

    Appellants

    v.

District of Columbia, et al.,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for October 3, 2025, at 9:30 A.M.:

    Appellants   -   10 Minutes

    Appellees   -   10 Minutes

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, Circuit Judge Millett, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 24, 2025.

**Per Curiam**

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:   /s/
                Michael C. McGrail
                Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)