# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-7127**         **September Term, 2025**

1:22-cv-01878-RDM

Filed On: October 3, 2025 [2138611]

Gregory T. Angelo, et al.,

    Appellants

    v.

District of Columbia, et al.,

    Appellees

    **BEFORE:**    Chief Judge Srinivasan, Circuit Judge Millett, and Senior Circuit Judge Edwards

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, October 3, 2025 at 9:34 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

    George L. Lyon, Jr., counsel for Appellants.

    Ashwin P. Phatak (OAG), counsel for Appellees.

                                   **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                        BY:    /s/
                                      Anne A. Rothenberger
                                      Deputy Clerk