# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 24-7127

**September Term, 2025**

FILED ON: JULY 7, 2026

GREGORY T. ANGELO, ET AL.,
APPELLANTS

v.

DISTRICT OF COLUMBIA, ET AL.,
APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:22-cv-01878)

Before: SRINIVASAN, *Chief Judge*, MILLETT, *Circuit Judge*, and EDWARDS, *Senior Circuit Judge*

## J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's dismissal of the Appellants' claims for declaratory and injunctive relief against all defendants except for Chief of the Washington Metropolitan Area Transit Authority's Metro Transit Police Department Michael L. Anzallo, as well as their claims for damages against the District of Columbia, be reversed; the District Court's dismissal of the Appellants' claims against Chief Anzallo, as well as their damages claims against the other individual defendants, be affirmed; and the case be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Michael C. McGrail
Deputy Clerk

Date: July 7, 2026

Opinion for the court filed by Circuit Judge Millett.